# UNITED STATES DISTRICT COURT
## for the
## District of South Carolina

Roger D Rich,  )
  )
Plaintiff,  )          Civil Action No. 1:09-2033-PMD-SVH
  )
v.  )
Commissioner of the Social  )
Security Administration,  )
  )
Defendant.  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):

☐ the plaintiff (name)_____recover from the defendant (name)_____the amount of _____dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____

■other: ORDER granting Motion to Remand. It is ORDERED that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. Section 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by: The Honorable Patrick Michael Duffy, United States District Judge.

Date: May 12, 2010

CLERK OF COURT, LARRY W. PROPES

S/ Glenda J Nance
Signature of Clerk or Deputy Clerk