IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| ROGER D. RICH, ) | |
| ) | |
| Plaintiff, ) | C/A No.: 1:09-2033-PMD |
| ) | |
| vs. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 3, 2010, Counsel for the Plaintiff, Roger D. Rich, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $4,615.19 for fees (26.95 hours at $171.25 per hour), $7.00 for costs and $16.00 for expenses. Defendant has filed with the court on August 18, 2010, a notice of intent not to object to petition for fees under the Equal Access to Justice Act. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $4,615.19 for fees, $7.00 for costs and $16.00 for expenses.

IT IS SO ORDERED.

_____
PATRICK MICHAEL DUFFY
United States District Judge

September 13, 2010
Charleston, South Carolina