IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| ROGER D. RICH,           ) | C/A No. 1:09-2033-PMD |
|     Plaintiff,           ) | |
|                          ) | |
| vs.                      ) | |
|                          ) | ORDER |
| MICHAEL J. ASTRUE,       ) | |
| COMMISSIONER OF SOCIAL   ) | |
| SECURITY ADMINISTRATION, ) | |
|     Defendant.           ) | |
| _____ ) | |

On June 15, 2012, Counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $20,731.35, which amounts to less than twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), be granted in the amount of $20,731.35.

_____
PATRICK MICHAEL DUFFY
United States District Judge

July 23, 2012
Charleston, South Carolina